**Larry Lamont BUSH, Plaintiff—Appellant,**

v.

**Ellsworth JONES, Det. 4444; Tim Holevas, Ofcr/Det # 1041, Defendants—Appellees.**

No. 04–6141.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2004.

Decided: July 9, 2004.

Larry Lamont Bush, Appellant pro se.

Barbara McFaul Cook, County Solicitor, Louis Paul Ruzzi, Carol Saffran–Brinks, County Solicitor's Office, Ellicott City, Maryland, Andrew Jensen Murray, Anne Arundel County Office of Law, Annapolis, Maryland, for Appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bush v. Jones*, No. CA–03–02263–01–AMD (D. Md. filed Jan. 5, 2004, entered Jan. 6, 2004). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*